# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Juan R. Rivera Cruz | ) | 20-1419-DLC |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 22, 2020  in the county of  Essex  in the  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances |

This criminal complaint is based on these facts:

See attached affidavit of DEA Special Agent Adalberto Garcia.

☑ Continued on the attached sheet.

*Complainant's signature*

Adalberto Garcia, DEA Special Agent
*Printed name and title*

Sworn to by the complainant via telephone, in accordance with Fed. R. Crim. P. 4.1.

Date: 10/22/2020

*Judge's signature*

City and state:  Boston, Massachusetts    Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*